UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN D. GALLOT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 19-03457 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On June 18, 2019, Plaintiff, proceeding *pro se*, filed a letter and several other documents attempting to initiate a civil rights action pursuant to 42 U.S.C. § 1983. (Docket Nos. 1, 2.) On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed. (Docket No. 6.) A blank complaint form and postage-paid return envelope were enclosed with the notice. (*Id.*) The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file a complete *In Forma Pauperis* ("IFP") application using the proper form within twenty-eight days to avoid dismissal. (Docket No. 5.) The deadline, July 16, 2019, has passed, and Plaintiff has failed to file a proper complaint and pay the filing fee or file an IFP application.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2019

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.19\03457Gallot_dis-ifp-compl.

2