UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN D. GALLOT,<br>　　　　Plaintiff,<br>　　v.<br>UNKNOWN,<br>　　　　Defendant. | Case No. 19-03457 BLF (PR)<br>**JUDGMENT** |

　　The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee.  A judgment of dismissal without prejudice is entered.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: July 23, 2019

BETH LABSON FREEMAN
United States District Judge

Judgement
P:\PRO-SE\BLF\CR.19\03457Gallot_jud.docx